**Order entered October 29, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01418-CR

**ELIZABETH DENISE ESCALONA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1159638-V**

## ORDER

The State's brief in this case was due to this Court on June 16, 2013. The State had previously requested and received an extension of time to file this brief, yet this Court heard nothing from the State for almost four months after this extended due date. The State's silence causes concern. Moreover, the State has failed to indicate in its motion that it conferred, or made a reasonable attempt to confer, with appellant about the merits of this motion. TEX. R. APP. P. 10.1. Nevertheless, in the interest of justice, the Court **GRANTS** the State's motion to accept brief tendered.

/s/    DOUGLAS S. LANG
        JUSTICE